# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KATHI RUCKER JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-02113-SHL-atc |
| CAINE & WEINER COMPANY INC., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 2), filed February 3, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the joint Stipulation for Order of Dismissal (ECF No. 20), filed July 28, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 28, 2025
Date